## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. CAMILLE KAMGA,

   *Plaintiff,*

 vs.

U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,

   *Defendants,*

Case No. 1:26-cv-5292-DLC

## AFFIDAVIT OF MARGARET (EMMY) WYDMAN

I, Margaret (Emmy) Wydman, declare under the penalty of perjury as follows:

1. I submit this affidavit in support of my motion for admission to practice *pro hac vice* as counsel for Plaintiff Dr. Camille Kamga in the above-captioned matter.

2. I am a member in good standing of the Bar of the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any jurisdiction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 1, 2026

Respectfully submitted,

Margaret (Emmy) Wydman
DC Bar No. 90007646
**Civil Service Law Center LLP**

1

1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7840
ewydman@civilservicellp.com

Subscribed to and sworn before me this 1st day of ~~June~~ July 2026.

_____
Notary Public

My commission expires: October 31, 2024

2