# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. CAMILLE KAMGA,

    *Plaintiff,*

    vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

    *Defendants*.

Case No.: 1:26-cv-05292

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amy Powell, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Dr. Camille Kamga in the above-captioned action.

I am in good standing of the bars of the states of New York and North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 7, 2026

Respectfully submitted,

/s Amy Powell
Amy Powell (NY Bar# 4339743)
**Lawyers for Good Government**
319 F St. N.W. Ste 301, PMB 181
Washington, DC 20004

-2-

646-246-4633
amy@lawyersforgoodgovernment.org

*Counsel for Plaintiff Dr. Kamga*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. CAMILLE KAMGA, <br><br> *Plaintiff*, <br><br> vs. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *and* SEAN DUFFY, in his official capacity as Secretary of Transportation, <br><br> *Defendants*. | Case No.: 1:26-cv-05292 |

**DECLARATION OF AMY POWELL**

I, Amy Powell, declare the following:

1.      I respectfully request that the Court grant my request to for admission *pro hac vice* to appear as counsel for Plaintiff Dr. Camille Kamga in the above captioned matter.

2.      I am an attorney licensed in the states of New York (Bar No. 4339743) and North Carolina (Bar No. 50300).  My certificates of good standing from the Appellate Division of the Supreme Court of the State of New York and the North Carolina State Bar are attached hereto.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___June 26___, 2026 at ___Raleigh, NC___.

Amy Powell

State of _North Carolina_ County of _Wake_
Signed and sworn to before me this day by
_Amy Powell_ .
_Christian K Moll_     06/26/2026 Date
                       Notary Public
_Christian K Moll_     Printed Name
My commission expires: _06/24/2030_

-2-



## NORTH CAROLINA
### STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Amy Elizabeth Powell
Bar # 50300

was licensed to practice law by the State of North Carolina on April 22, 2016.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 2nd of July, 2026.

Secretary of the North Carolina State Bar





**NORTH CAROLINA**
STATE BAR

# Certificate of Good Standing

I, Peter G. Bolac, Secretary of the North Carolina State Bar, do hereby certify that

## Amy Elizabeth Powell
Bar # 50300

was licensed to practice law by the State of North Carolina on April 22, 2016.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to

practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 2nd of July, 2026.

Secretary of the North Carolina State Bar

