# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. CAMILLE KAMGA,

      *Plaintiff*,

    vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

      *Defendants*.

Case No.: 1:26-cv-05292

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kunyu Ching, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Dr. Camille Kamga in the above-captioned action.

I am in good standing of the bars of the states of California and Kansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 8, 2026

                                       Respectfully submitted,

                                       /s Kunyu Ching
                                       Kunyu Ching

-2-

**Lawyers for Good Government**
319 F St. N.W. Ste 301, PMB 181
Washington, DC 20004
404-913-5529
kunyu@lawyersforgoodgovernment.org

-2-