**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

     *Plaintiff,*

     vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

     *Defendants.*

Case No.: 1:26-cv-05292

**DECLARATION OF KUNYU CHING**

I, Kunyu Ching, declare the following:

1.     I respectfully request that the Court grant my request to for admission *pro hac vice* to appear as counsel for Plaintiff Dr. Camille Kamga in the above captioned matter.

2.     I am an attorney licensed in the states of California (Bar No. 292616) and Kansas (Bar No. 29807). My certificates of good standing from the California Supreme Court and the Kansas Supreme Court are attached hereto.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.     There are no disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___June 26___, 2026 at ___Olathe, Kansas___.

_Kunyu L. C_
Kunyu Ching

STATE OF KANSAS

County: Johnson

Sworn to and subscribed before me on 26th day of June of 2026, by Kunyu Ching.

_Esmie Tseng_

ESMIE TSENG
Notary Public - State of Kansas
My Appointment Expires 7/20/28

-2-