

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *KUNYU L. CHING*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that KUNYU L. CHING, #292616, was on the 6th day of December 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of July 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
 *T. Ma, Deputy Clerk*