## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. CAMILLE KAMGA,

　　　　　*Plaintiff,*

　　vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

　　　　　*Defendants.*

Case No.: 1:26-cv-05292

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Kunyu Ching for admission *pro hac vice* in the above-captioned matter is

**GRANTED**.

Applicant has declared that she is a member of good standing of the Bars of California and

Kansas, and that her contact information is as follows:

> Kunyu Ching
> Lawyers for Good Government
> 319 F St. N.W. Ste 301, PMB 181
> Washington, DC 20004
> 404-913-5529
> kunyu@lawyersforgoodgovernment.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Plaintiff Dr. Camille Kamga in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the

-2-

Rules governing discipline of attorneys.


Dated: _____                          _____
                                                United States District/Magistrate Judge