# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. CAMILLE KAMGA,

     *Plaintiff*,

   vs.

U.S. DEPARTMENT OF TRANSPORTATION,
*et al.*,

     *Defendants*,

Case No. 1:26-cv-5292-DLC

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kathleen Shelton of the law firm Civil Service Law Center LLP hereby moves this Court for an order for admission to practice *pro hac vice* in this Court as counsel for Plaintiff Dr. Camille Kamga in the above-captioned action.

As declared in the attached affidavit pursuant to Local Rule 1.3, I am a member in good standing of the Bar of the District of Columbia; I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 30, 2026          Respectfully submitted,


   */s/ Kathleen Shelton*

Kathleen Shelton (DC Bar No. 1619066)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com