**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

        *Plaintiff,*

    vs.

U.S. DEPARTMENT OF TRANSPORTATION,
*et al.,*

        *Defendants,*

Case No. 1:26-cv-5292-DLC

**AFFIDAVIT OF KATHLEEN SHELTON**

I, Kathleen Shelton, declare under the penalty of perjury as follows:

1.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* as counsel for Plaintiff Dr. Camille Kamga in the above-captioned matter.

2.     I am a member in good standing of the Bar of the District of Columbia.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.     There are no pending disciplinary proceedings against me in any jurisdiction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 30, 2026

Respectfully submitted,

Kathleen Shelton
DC Bar No. 1619066
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com

Subscribed to and sworn before me this 30 day of June 2026.

Notary Public

My commission expires: 07/14/2029

