**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

    *Plaintiff*,

  vs.

U.S. DEPARTMENT OF TRANSPORTATION,
*et al.*,

    *Defendants*,

Case No. 1:26-cv-5292-DLC

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Kathleen Shelton for admission *pro hac vice* in the above-captioned matter

is **GRANTED**.

Applicant has declared that she is a member of good standing of the Bar of the District of

Columbia, and that her contact information is as follows:

> Kathleen Shelton
> Civil Service Law Center LLP
> 1455 Pennsylvania Ave NW, Suite 400
> Washington, DC 20004
> (202) 505-7920 // kshelton@civilservicellp.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Plaintiff Dr. Camille Kamga in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the

Rules governing discipline of attorneys.

Dated: _____     _____

               United States District/Magistrate Judge