**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

*Plaintiff,*

vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

*Defendants*.

Case No.: 1:26-cv-05292

**DECLARATION OF AMY POWELL**

I, Amy Powell, declare the following:

1. I respectfully request that the Court grant my request to for admission *pro hac vice* to appear as counsel for Plaintiff Dr. Camille Kamga in the above captioned matter.

2. I am an attorney licensed in the states of New York (Bar No. 4339743) and North Carolina (Bar No. 50300). My certificates of good standing from the Appellate Division of the Supreme Court of the State of New York and the North Carolina State Bar are attached hereto.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___June 26___, 2026 at ___Raleigh, NC___.

Amy Powell

State of ___North Carolina___ County of ___Wake___
Signed and sworn to before me this day by
___Amy Powell___.
___Christian K Moll___    ___06/26/2026___ Date
                          Notary Public
___Christian K Moll___    Printed Name
My commission expires: ___06/24/2030___

-2-