**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

     *Plaintiff*,

     vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

     *Defendants*.

Case No.: 1:26-cv-05292

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Amy Powell, for admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bars of the States of New York and North Carolina, and that her contact information is as follows:

Amy Powell
Lawyers for Good Government
319 F St. N.W. Ste 301, PMB 181
Washington, DC 20004
Tel: 646-246-4633
Fax: (None)
amy@lawyersforgoodgovernment.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Dr. Camille Kamga in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____        _____
                                                     United States District/ Magistrate Judge