UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :        26cv5292 (DLC)
DR. CAMILLE KAMGA,                    :
                                      :        NOTICE OF INITIAL
                         Plaintiff,   :        PRETRIAL CONFERENCE
            -v-                       :
                                      :
  DEPARTMENT OF TRANSPORTATION, et al., :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

        This case has been assigned to me for all purposes.  By the
date of the pretrial conference counsel for all parties are
required to register as filing users in accordance with the
Procedures for Electronic Case Filing.

        Counsel for all parties are directed to appear for an
initial pretrial conference with the Court, at the time and
place listed below.  Counsel are directed to confer with each
other prior to the conference regarding settlement and each of
the other subjects to be considered at Fed.R.Civ.P. 16
conference, and to prepare a detailed written proposed schedule
for any motions and discovery.  Prior to the date of the
conference, all parties must send the Court one copy of all
pleadings.

        If this case has been settled or otherwise terminated,
counsel are not required to appear, provided that a stipulation
of discontinuance, voluntary dismissal, or other proof of
termination is filed prior to the date of the conference via
ECF.

        All conferences with the Court are scheduled for a specific
time; there is no other matter scheduled for that time; and
counsel are directed to appear promptly.  **All pretrial
conferences must be attended by the attorney who will serve as
principal trial counsel.**

Requests for adjournment shall be made no later than two business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. "Electronic Case Filing Rules and Instructions." The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

YOU ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH NOTICE WITH THE COURT. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE AND PLACE OF CONFERENCE: **AUGUST 21, 2026** AT **11:30 A.M.** IN COURTROOM 18B AT THE UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK, 10007.

Dated:     New York, New York
           July 14, 2026

_____
DENISE COTE
United States District Judge

2