**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

        *Plaintiff,*

    vs.

U.S. DEPARTMENT OF
TRANSPORTATION, *and* SEAN DUFFY,
in his official capacity as Secretary of
Transportation,

        *Defendants*.

Case No.: 1:26-cv-05292

DECLARATION OF SERVICE

I, Tina L. Yates, declare that:

1.  I am over the age of 18 years and am not a party to this action.

2.  On July 15, 2026, I served the *Summons*, *Civil Cover Sheet*, *Complaint for Declaratory and Injunctive Relief*, *Notice of Initial Pretrial Conference*, and *Individual Practices in Civil Cases* (of Denise Cote, United States District Judge) in this action by certified mail on the following recipients:

    Civil Process Clerk
    U.S. Attorney's Office, S.D.N.Y.
    86 Chambers Street, 3rd Floor
    New York, NY 10007

    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530

    U.S. Department of Transportation
    1200 New Jersey Ave. SE
    Washington, DC 20590

-2-

Hon. Sean P. Duffy, Secretary
U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, DC 20590

3.  True and correct copies of the certified-mail tracking activity for each are attached.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 17, 2026          _____

                              Tina L. Yates