

## Certified Mail Tracking

Track another [                    ] track it

**Tracking ID: 9214890142980489056063**

**Job: Kamga (#14440740)**

**To: Hon. Sean P. Duffy, Secretary**

### Tracking: 9214890142980489056063

### Events

| When | What | Where |
|---|---|---|
| **2026-07-15 22:27** | **Shipment Received, Package Acceptance Pending** | **PHOENIX, AZ 85026** |
| **2026-07-15 22:26** | **Arrived at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION CENTER** |
| **2026-07-15 21:11** | **Accepted at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION** |



## Certified Mail Tracking

Track another [                    ]  track it

**Tracking ID: [9214890142980489056056](#)**

**Job: Kamga (#14440740)**

**To: U.S. Department of Transportation**

### Tracking: 9214890142980489056056

#### Events

| When | What | Where |
|---|---|---|
| **2026-07-15 22:27** | **Shipment Received, Package Acceptance Pending** | **PHOENIX, AZ 85026** |
| **2026-07-15 22:26** | **Arrived at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION CENTER** |
| **2026-07-15 21:11** | **Accepted at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION** |

Jobs
w My Job List
ate New Job
Account



## Certified Mail Tracking

Track another [                    ] track it

**Tracking ID: 9214890142980489056049**

**Job: Kamga (#14440740)**

**To: Attorney General of the United States**

### Tracking: 9214890142980489056049

#### Events

| When | What | Where |
| --- | --- | --- |
| 2026-07-15 22:27 | Shipment Received, Package Acceptance Pending | PHOENIX, AZ 85026 |
| 2026-07-15 22:26 | Arrived at USPS Regional Origin Facility | PHOENIX AZ DISTRIBUTION CENTER |
| 2026-07-15 21:11 | Accepted at USPS Regional Origin Facility | PHOENIX AZ DISTRIBUTION |

Jobs
w My Job List
ate New Job
Account

# Certified Mail Tracking

Track another [                    ] track it

**Tracking ID: 9214890142980489056001**

**Job: Kamga (#14440740)**

**To: Civil Process Clerk**

## Tracking: 9214890142980489056001

### Events

| When | What | Where |
|---|---|---|
| **2026-07-15 22:27** | **Shipment Received, Package Acceptance Pending** | **PHOENIX, AZ 85026** |
| **2026-07-15 22:26** | **Arrived at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION CENTER** |
| **2026-07-15 21:11** | **Accepted at USPS Regional Origin Facility** | **PHOENIX AZ DISTRIBUTION CENTER** |
| **2026-07-15 00:00** | **Pre-Shipment, USPS Awaiting Item** | |