UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                  :       26cv5292 (DLC)

DR. CAMILLE KAMGA,              :

                                  :        ORDER

                       Plaintiff,   :

           -v-                    :

                                   :

DEPARTMENT OF TRANSPORTATION, et al.,  :

                                 :

                   Defendants.  :

                                 :
------------------------------------------ X

DENISE COTE, District Judge:

    An Order of July 14, 2026 scheduled an initial pretrial conference in this case for August 21.  On July 17, plaintiff's counsel submitted a declaration that defendants were served on July 15, such that defendants' answer or other responsive motion is due September 14.  Accordingly, it is hereby

    ORDERED that the August 21 initial pretrial conference is adjourned to **September 25, 2026** at **4:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          July 20, 2026

                              _____
                                DENISE COTE
                     United States District Judge