Case 1:26-cv-05292-DLC Document 19 Filed 09/14/26 Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 14, 2026

Granted. The conference is adjourned to 10/20/26 at 11:00 am. Denise Cote 9/14/26

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kamga v. U.S. Dep't of Trans. et al.*, No. 26 Civ. 5292 (DLC)

Dear Judge Cote:

This Office represents defendants the U.S. Department of Transportation and Sean Duffy, in his official capacity as Secretary of Transportation (together, the "government"), in the above-referenced suit which challenges a grant termination. The government writes respectfully, with the consent of plaintiff, to request that its deadline to respond to the complaint be adjourned by one month, from September 18, 2026, to October 19, 2026, and that the initial pretrial conference previously scheduled for September 25, 2026, be adjourned to a date and time after the government's new response deadline.

As background, the complaint in this action was filed on June 23, 2026. ECF No. 1. The government received service of the complaint by certified mail on July 20, 2026. *See* ECF No. 16 (indicating mailing date of July 15, 2026). Accordingly, the government's current response deadline is September 18, 2026.[1] The government respectfully requests a one-month adjournment of this deadline and a concomitant adjournment of the initial pretrial conference because the parties are discussing whether this action can be resolved without litigation. The parties would like to continue these discussions and believe it would prudent to do so before the government responds to the complaint and the parties appear before the Court.

Accordingly, the government respectfully requests that its deadline to respond to the complaint be extended to October 19, 2026, and that the initial pretrial conference be adjourned to a date and time thereafter. All counsel are available on Friday, October 23, and Friday, November 6, 2026. Plaintiff consents to the requested adjournments. This is the government's first request for an extension of its response deadline and an adjournment of the initial pretrial conference.

---

[1] On July 20, 2026, the Court entered an order based on the plaintiff's declaration of service, indicating that the Government's answer would be due on September 14, 2026. ECF No. 18. But this Office only received service by mail on July 20, 2026, and thus pursuant to Federal Rule of Civil Procedure 12(a)(2), the deadline for the Government to respond is sixty days later, which is September 18, 2026.

Case 1:26-cv-05292-DLC Document 19 Filed 09/14/26 Page 2 of 2

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Tara Schwartz*

TARA SCHWARTZ
JEAN-DAVID BARNEA
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633/2679
Email: tara.schwartz@usdoj.gov
jean-david.barnea@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiff (via ECF)