**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

*Plaintiff,*

vs.

U.S. DEPARTMENT OF TRANSPORTATION, *and* SEAN DUFFY, in his official capacity as Secretary of Transportation,

*Defendants.*

Case No.: 1:26-cv-05292

**DECLARATION OF AMY POWELL**

I, Amy Powell, declare the following:

1. I respectfully request that the Court grant my request to for admission *pro hac vice* to appear as counsel for Plaintiff Dr. Camille Kamga in the above captioned matter.

2. I am an attorney licensed in the states of New York (Bar No. 4339743) and North Carolina (Bar No. 50300). My certificates of good standing from the Appellate Division of the Supreme Court of the State of New York and the North Carolina State Bar are attached hereto.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings pending against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2026 at Raleigh, NC.

Amy Powell

State of North Carolina County of Wake
Signed and sworn to before me this day by
Amy Powell.
06/26/2026 Date
Christian K Moll Notary Public
Christian K Moll Printed Name
My commission expires: 06/24/2030

Wake County, N.C.
PUBLIC
NOTARY
Christian K Moll