# Supreme Court of North Carolina

I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on April 22, 2016, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Amy Elizabeth Powell

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, August 11, 2026.

Grant E. Buckner
Clerk of the Supreme Court