**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DR. CAMILLE KAMGA,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF TRANSPORTATION, *and* SEAN DUFFY, in his official capacity as Secretary of Transportation,

*Defendants*.

Case No.: 1:26-cv-05292-DLC

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Amy Powell, for admission to practice *pro hac vice* in the above captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bars of the States of New York and North Carolina, and that her contact information is as follows:

Amy Powell
Lawyers for Good Government
319 F St. N.W. Ste 301, PMB 181
Washington, DC 20004
Tel: 646-246-4633
Fax: (None)
amy@lawyersforgoodgovernment.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Dr. Camille Kamga in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ______________________ ______________________________________
United States District/Magistrate Judge