**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 14, 2026

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kamga v. U.S. Dep't of Trans. et al.*, No. 26 Civ. 5292 (DLC)

Dear Judge Cote:

This Office represents defendants the U.S. Department of Transportation and Sean Duffy, in his official capacity as Secretary of Transportation (together, the "government"), in the above-referenced suit which challenges a grant termination. The government writes respectfully, with the consent of plaintiff, to request that its deadline to respond to the complaint be adjourned by one month, from October 19, 2026, to November 19, 2026, and that the initial pretrial conference previously scheduled for October 20, 2026, be adjourned to a date and time after the government's new response deadline.

As background, the complaint in this action was filed on June 23, 2026. ECF No. 1. The government received service of the complaint by certified mail on July 20, 2026. *See* ECF No. 16 On September 14, 2026, the government requested a one-month extension of its response deadline, from September 18, 2026, to October 19, 2026, and an adjournment of the initial pretrial conference. ECF No. 19. The Court granted the request and adjourned the initial pretrial conference to October 20, 2026. ECF No. 20.

The government respectfully requests another one-month adjournment of its response deadline and a concomitant adjournment of the initial pretrial conference because the parties are continuing to discuss whether this action can be resolved without litigation. The parties would like to continue these discussions, as they have made significant progress over the last month towards a potential resolution, and believe it would prudent to continue their efforts to resolve the case before the government responds to the complaint and the parties appear before the Court.

Accordingly, the government respectfully requests that its deadline to respond to the complaint be extended to November 19, 2026, and that the initial pretrial conference be adjourned to a date and time thereafter. All counsel are available on Friday, December 4, 2026 and Friday, December 11, 2026. Plaintiff consents to the requested adjournments. This is the government's second request for an extension of its response deadline and an adjournment of the initial pretrial conference. The Court granted the prior request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Tara Schwartz*

TARA SCHWARTZ
JEAN-DAVID BARNEA
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633/2679
Email: tara.schwartz@usdoj.gov
jean-david.barnea@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiff (via ECF)