Case 1:26-cv-05292-DLC Document 24 Filed 11/17/26 Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 17, 2026

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Kamga v. U.S. Dep't of Trans. et al.*, No. 26 Civ. 5292 (DLC)

Dear Judge Cote:

This Office represents defendants the U.S. Department of Transportation and Sean Duffy, in his official capacity as Secretary of Transportation (together, the "government"), in the above-referenced suit which challenges a grant termination. The government writes respectfully, with the consent of plaintiff, to request that its deadline to respond to the complaint be extended by one month, from November 19, 2026, to December 21, 2026, and that the initial pretrial conference previously scheduled for December 4, 2026, be adjourned to a date and time after the government's new response deadline.

As background, the complaint in this action was filed on June 23, 2026. ECF No. 1. The government received service of the complaint by certified mail on July 20, 2026. *See* ECF No. 16. On September 14, 2026, the government requested a one-month extension of its response deadline, from September 18, 2026, to October 19, 2026, and an adjournment of the initial pretrial conference. ECF No. 19. The Court granted the extension request and adjourned the initial pretrial conference to October 20, 2026. ECF No. 20. On October 14, 2026, the government requested another one-month extension of its response deadline, from October 19, 2026, to November 19, 2026, and an adjournment of the initial pretrial conference. ECF No. 22. The Court granted the extension request and adjourned the initial pretrial conference to December 4, 2026. ECF No. 23.

The government respectfully requests another one-month extension of its response deadline and a concomitant adjournment of the initial pretrial conference because the parties believe there is a significant chance that this action will be resolved without additional litigation. Over the last month, the parties have made substantial progress towards a consensual resolution of this action. The parties believe it would be prudent to continue their efforts to resolve the case before the government responds to the complaint and the parties appear before the Court.

Accordingly, the government respectfully requests that its deadline to respond to the complaint be extended to December 21, 2026, and that the initial pretrial conference be adjourned to a date and time thereafter. All counsel are available on Friday, January 8, 2027 and Friday, January 15, 2027. Plaintiff consents to the requested adjournments. This is the government's third

request for an extension of its response deadline and an adjournment of the initial pretrial conference. The Court granted the prior requests.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *_/s/ Tara Schwartz_*
TARA SCHWARTZ
JEAN-DAVID BARNEA
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633/2679
Email: tara.schwartz@usdoj.gov
jean-david.barnea@usdoj.gov
*Counsel for Defendants*

cc: Counsel for Plaintiff (via ECF)

Granted. The conference is adjourned to January 5, 2027 at 10:00 am.

Denise Cote
11/18/26